UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

# CLERK'S MINUTES

**CASE NUMBER: CR 05-043ML** **DATE: May 31, 2005**

**TITLE: USA v. Raul Soto**

**U.S. DISTRICT COURT JUDGE MARY M. LISI**

**COURTROOM CLERK: John Duhamel**
**COURT REPORTER: Karen Zinni**
**INTERPRETER:**

IN COURT

---

**COUNSEL PRESENT: AUSA Terrence P. Donnelly - Govt**
**John M. Cicilline - for Deft**
**Barry Weiner - U.S. Probation**

**PROCEEDINGS: Change of Plea Hearing**

**Deft is sworn and questioned by the Court. Court reviews the terms & conditions of the Plea Agreement. Deft is advised of his rights. Govt summarizes the evidence had the case gone to trial. Deft pleads "guilty" to the one count of the Indictment. Court accepts the guilty plea. Sentencing is set for Fri., 8/26/05 @ 9:30 a.m. Deft is remanded.**