UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

# CLERK'S MINUTES

**CASE NUMBER: CR 05-043ML** **DATE: September 16, 2005**

**TITLE: USA v. Raul Soto**

**U.S. DISTRICT COURT JUDGE MARY M. LISI**

**COURTROOM CLERK: John Duhamel**
**COURT REPORTER: Karen Zinni**
**INTERPRETER:**

IN COURT

---

**COUNSEL PRESENT:** **AUSA Richard Rose - Govt**
**John M. Cicilline - for Deft**
**Barry Weiner - U.S. Probation**

**PROCEEDINGS: Sentencing Hearing**

**Dispute exists re: guidelines calculations. Evidentiary hearing held. Govt calls two witnesses. W-1 (Officer S. Carroll) is sworn. DX & CX by counsel; RDX by govt. W-2 (Officer J. Mignano ) is sworn. DX & CX by counsel. Argument by counsel as to appropriate guidelines ranges. Defense requests that deft testify. W-3 (deft R. Soto) is sworn. DX & CX by counsel. W-1 (Carroll) is re-called for further testimony. Further argument by counsel. Court ruling: deft's objections to PSR's guidelines calculations are overruled. Counsel make their sentencing recommendations. Deft waives his right of allocution. Court imposes sentence as to the one count of the Indictment, adopting the calculations as determined by the probation officer in the PSR: 120 mos' imprisonment; followed by 3 yrs' supervised release. Special condition of s/r: mental-health treatment program as approved by U.S. Probation. $100 special assessment; no fine is imposed. Deft is advised of his right of appeal. Deft is remanded.**