**DISTRICT COURT OF THE UNITED STATES**
**FOR THE DISTRICT OF RHODE ISLAND**

**UNITED STATES OF AMERICA**

**VS.** **CR. No.: 05-043-ML**

**RAUL SOTO**

**NOTICE APPEAL**

Now comes the Defendant in the above entitled cause and hereby appeals his judgment of conviction which entered on September 16, 2005

Respectfully submitted
Raul Soto
By his Attorney,

John M. Cicilline

John M. Cicilline, Esquire
387 Atwells Avenue
Providence, RI 02909
401-273-5600
401-454-5600

**CERTIFICATION**

I, the undersigned hereby certify to be delivered a true copy of the within Notice of Appeal on this 16th day of September 2005, to Richard W. Rose U.S. Attorney, U.S. Attorneys Office, 50 Kennedy Plaza, 8th Floor, Providence, RI ,02903.

Wesley Rosie