SCANNED

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DAVID A. DIMARZIO
CLERK OF COURT

September 20, 2005

Clerk of Court
United States Court of Appeals
One Courthouse Way, Suite 2235
Boston, MA 02210

U.S. COURT OF APPEALS FOR THE FIRST CIRCUIT
RECEIVED
SEP 22 2005

CR 05-043ML

CCA# 05-2398
M.P.

USA v. Raul Soto.

Dear Clerk of Court:

Enclosed herewith you will find the RECORD ON APPEAL and a certified copy of the docket entries .

Kindly acknowledge receipt for the same on the enclosed copy of this letter.

Sincerely yours,

David A. DiMarzio
Clerk of Court

By J. Duhamel
John Duhamel
Deputy Clerk

Encl.: **case file, incl. J&C's Statement of reasons [sealed]; PSR [sealed]**