# United States Court of Appeals
## For the First Circuit

---

No. 05-2398
DC No.05-00043 ML

UNITED STATES,

Appellee,

v.

RAUL SOTO,

Defendant - Appellant.

---

**ORDER OF COURT**
**Entered: February 23, 2006**

Appellant has filed an application to proceed without prepayment of fees (Form 4) affidavit in this court with prison trust account information, which we are transmitting to the district court for action. Fed. R. App. P. 24(a). Copies of the district court's ruling shall be forwarded to this court. The district court, if it denies the motion, is requested to state its reasons in writing. Fed. R. App. P. 24(a)(2). If defendant-appellant is not granted in forma pauperis status by the district court, he may file a motion to proceed in forma pauperis in this court, provided that he do so in accordance with Fed. R. App. P. 24(b).

FIED COPY
IFY THIS DOCUMENT
CORRECT COPY OF
IN FILE IN MY OFFICE
EGAL CUSTODY.
COURT OF APPEALS
STON, MA
Date: 2/23/02

By the Court:

Richard Cushing Donovan, Clerk

MARGARET CARTER
By:____________________
Margaret Carter, Chief Deputy Clerk

[Certified Copies: Honorable Judge Lisi, David DiMazzio,Clerk USDC]
[cc: Richard Rose, AUSA, Donald Lockhart, AUSA, John Cicilline, Esq., Victor Beretta Jr., Esq.]